Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida ▼

___Tampa___ Division

**FILED**
SEP 29 2025
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

| | |
|---|---|
| Jerry Dwight Shinard | Case No. 8:25-CV-02650-MSS-TGW |
| *Plaintiff(s)*<br>(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | (to be filled in by the Clerk's Office)<br><br>Jury Trial: *(check one)* ☑ Yes ☐ No |
| -v- | |
| Valet Living LLC, | |
| *Defendant(s)*<br>(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | |

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Jerry Dwight Shinard |
| Street Address | 8585 Woodway Dr #534 |
| City and County | Houston, Harris |
| State and Zip Code | Texas 77063 |
| Telephone Number | (346)404-8642 |
| E-mail Address | jerryshinard4@gmail.com |

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.



Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
- Name: Valet Living LLC
- Job or Title (if known):
- Street Address: 10150 Highland Manor Drive Suite 120 Tampa, FL 33610
- City and County: Tampa, Hillsborough
- State and Zip Code: FL 33610
- Telephone Number: (813) 248-1327
- E-mail Address (if known):

Defendant No. 2
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✔] Federal question          [✔] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

This action is brought under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e et seq., and other applicable federal and state laws. Jurisdiction is proper in this Court under 28 U.S.C. §§ 1331 and 1343 because this case involves federal questions arising under employment discrimination statutes.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* Jerry Dwight Shinard, is a citizen of the State of *(name)* Texas.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

The defendant, *(name)* Valet Living LLC, , is incorporated under the laws of the State of *(name)* Floridia , and has its principal place of business in the State of *(name)* Florida .

Or is incorporated under the laws of *(foreign nation)* ,

and has its principal place of business in *(name)* .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:
Requesting backwages, reimbursment of non drivers insurance payments, front pay salary and emotional distress damages,career harm and reputational damage, Fraud and carrer deception

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Plaintiff was employed by Defendant in Houston, Texas. During his employment, Plaintiff faced serious HR issues, complaints, and misconduct that were never properly investigated or approved by Defendant' s Tampa headquarters.Plaintiff repeatedly sought proper review and resolution, but headquarters failed to act.
Defendant' s conduct included fraud, deception, and mishandling of HR processes.
As a result, Plaintiff suffered harm including lost wages, retaliation, emotional distress, and damage to his career.
The dates of the miscoducted occured between the dates of August 2024-July 2025

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Lost wages and benefits and Front pay;76,125
Emotional distress and mental anguish;2500
Career harm and reputational damage;25,000
Out-of-pocket expenses.639.00
 Plaintiff seeks compensatory, punitive, and liquidated damages as permitted by law

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 09-19-25

Signature of Plaintiff       *[signature]*
Printed Name of Plaintiff    Jerry Dwight Shinard

### B. For Attorneys

Date of signing: _____

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address



## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

Houston District Office
1919 Smith Street, 6th Floor
Houston, TX 77002
(346) 327-7700
Website: www.eeoc.gov

### DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 08/20/2025

To: Jerry D. Shinard
8585 Woodway Dr #534
HOUSTON, TX 77063
Charge No: 460-2025-08737

EEOC Representative and email:   TYRONE THOMAS
INVESTIGATOR
TYRONE.THOMAS@EEOC.GOV

### DETERMINATION AND NOTICE OF RIGHTS

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice that the EEOC has dismissed your charge and has issued you notice of your right to sue the respondent(s) on this charge. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of EEOC's official notice of dismissal.** You should keep a record of the date you received the EEOC's official notice of dismissal. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 460-2025-08737

On behalf of the Commission,

Digitally Signed By: Rayford O. Irvin
08/20/2025

Rayford O. Irvin
District Director

Cc:
D'Andrea Cron
VALET LIVING LLC - LEGAL
10150 HIGHLAND MANOR DR  # 120
Tampa, FL 33610

Laurie-Ann Parker
VALET LIVING LLC - PEOPLE/CULTURE
10150 HIGHLAND MANOR DR  # 120
Tampa, FL 33610

Isorys Dilone
VALET LIVING LLC - LEGAL
10150 HIGHLAND MANOR DR  # 120
TAMPA, FL 33610

NA NA
Valet Living LLC,
9600 highmeadow dr
Houston, TX 77063

Jerry D Shinard
Stone creek old farm
8585 Woodway Dr #534
HOUSTON, TX 77063

Please retain this Notice for your records.